**THE LAW OFFICES OF MICHELLE GHIDOTTI**

October 8, 2015

Notice to Quit
CCP Section 1161a(b)(3)

To: BENIGNO YUZON JR, AND ALL OCCUPANTS, TENANTS OR SUBTENANTS OF THE PROPERTY KNOWN AS 25531 PRADO DE LAS BELLOTAS, CALABASAS, CA 91302

NOTICE IS HEREBY GIVEN that the subject premises has been duly sold in accordance with Section 2924 of the Civil Code of the State of California under the power of sale contained in the Deed of Trust encumbering the property.

1. IF YOU ARE A FORMER OWNER OR SUCCESSOR TO A FORMER OWNER, within three (3) days after service on you of this Notice you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive same. If you fail to deliver possession, this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to actual damages.

2. IF YOU ARE A BONA FIDE TENANT under the California Homeowners' Bill of Rights, you may have the option to begin paying rent to the new landlord and remain as a tenant until ninety (90) days after service of this Notice, or until the end of a valid lease term, whichever is later. You are a "bona fide" tenant if:

    a. You are not the former owner, or the child, spouse or parent of the former owner; and
    b. You entered into the lease as a result of an arms-length transaction; and
    c. The rent due under your lease or rental agreement is not substantially less than fair market rent for the property or your rent is reduced due to a Federal, State or local subsidy.

If you believe you are a "bona fide tenant" pursuant to the above criteria, please contact our office immediately at (949) 354-2601 so we can arrange for the new owner to assume your lease and for you to continue paying rent. If you do not contact us immediately to request that your lease be assumed, you must vacate the property within ninety (90) days from being served with this letter.

5120 E. La Palma Ave, Ste. 206 • Anaheim Hills, CA 92807
Phone: (949) 354-2601 • Fax: (949) 200-4381
www.ghidottilaw.com

# EXHIBIT 2



3. IF YOU ARE A TENANT and occupy the subject premises pursuant to a valid lease or rental agreement, but do not fall within one of the categories listed above, or you are a tenant and occupy the subject premises without a valid lease or rental agreement, you are required to quit and vacate the premises within ninety (90) days of service of this Notice on you. This Notice is given pursuant to the provisions of Section 1161a(b)(3) and 1161b of the California Code of Civil Procedure.

4. IF YOU ARE A MEMBER OF THE ARMED SERVICES ON ACTIVE DUTY, or the dependent of a member of the armed services on active duty, you may be entitled to certain rights and protections under the Soldiers and Sailors Civil Relief Act. If you are a member of the armed services on active duty, or the dependent of a member of the armed services on active duty, please contact us at (949) 354-2601 to discuss options that may be available. For more information, you are also encouraged to contact your local legal assistance office for your particular branch of military service or visit the following website: http://legalassistance.law.af.mil/content/locator.php.

If you have any questions please contact our office at (949) 354-2601.

Dated: October 8, 2015

THE LAW OFFICES OF MICHELLE GHIDOTTI

Christopher L. Bauer, Esq.

5120 E. La Palma Ave, Ste. 206 • Anaheim Hills, CA 92807
Phone: (949) 354-2601 • Fax: (949) 200-4381
www.ghidottilaw.com

# EXHIBIT 2

**THE LAW OFFICES OF MICHELLE GHIDOTTI**

## NOTICE TO ANY RENTERS LIVING AT:
25531 PRADO DE LAS BELLOTAS, CALABASAS, CA 91302

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name appears on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five (5) days of receiving the papers, even if you are not named in the papers, you may lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for longer than ninety (90) days. If you have a lease that ends more than ninety (90) days from now, the new owner must honor the lease under many circumstances. Also, in some cases and in some cities with a "just cause for eviction" law, you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

## How to Get Legal Help
If you cannot afford an attorney, you may be eligible for free legal services from a non-profit legal services program. You can locate these nonprofit groups at the California Legal Services Website (www.lawhelpcalifornia.org), the California Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.
If you have any questions please contact our office at (949) 354-2601.

Dated: October 8, 2015

THE LAW OFFICES OF MICHELLE GHIDOTTI

_____
Christopher L. Bauer, Esq.

5120 E. La Palma Ave, Ste. 206 • Anaheim Hills, CA 92807
Phone: (949) 354-2601 • Fax: (949) 200-4381
www.ghidottilaw.com

# EXHIBIT 2

00/00/0000 FIRST LEGAL NETWORK    714 541 8182

| Attorney or Party without Attorney:<br>THE LAW OFFICES OF MICHELLE GHIDOTTI<br>5120 EAST LAW PALMA AVENUE<br>SUITE 206<br>ANAHEIM HILLS, CA 92807<br>Telephone No: (949) 354-2601 | For Court Use Only |
|---|---|
| Attorney for: | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:

Plaintiff:
Defendant:

| PROOF OF SERVICE<br>Notice to Quit CCP | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Notice to Quit CCP Section 1161a(b)(3)

3. a. Party served: BENIGNO YUZON JR, AND ALL OCCUPANTS, TENANTS OR SUBTENANTS OF THE PROPERTY

4. Address where the party was served: 25531 PRADO DE LAS BELLOTAS
CALABASAS, CA 91302

5. I served the party:
   d. by other means On: Fri., Oct. 09, 2015 at: 10:40AM By posting a copy for each tenant in a conspicuous place on the property, being no person of suitable age and discretion to be found of said tenant(s) at property where situated, and mailing (CCP§1162(a)(3)).

   JOHN DOE, OCCUPANT (REFUSED TO GIVE HIS NAME)
   CAUCASIAN, MALE, 5'10", BROWN HAIR, BROWN EYES, 37 YEARS OLD, GLASSES

   (2) (Home) By posting a copy for each tenant in a conspicuous place on the property, being no person of suitable age and discretion to be found of said tenant(s) at property where situated, and mailing (CCP§1162(a)(3)).
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. SARKIS ARABYAN

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $90.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2013187036
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Oct. 14, 2015

   (SARKIS ARABYAN)

Judicial Council Form              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    Notice to Quit CCP

# EXHIBIT 2

00/00/0000  FIRST LEGAL NETWORK   714 541 8182

| Attorney or Party without Attorney:<br>THE LAW OFFICES OF MICHELLE GHIDOTTI<br>5120 EAST LA PALMA AVENUE<br>SUITE 206<br>ANAHEIM HILLS, CA 92807<br>Telephone No: (949) 354-2601    FAX No:<br><br>Attorney for:<br>Insert name of Court, and Judicial District and Branch Court:<br><br>Plaintiff:<br>Defendant: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Notice to Quit CCP Section 1161a(b)(3)

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:        Tue., Oct. 13, 2015
   b. Place of Mailing:       SANTA ANA, CA 92701
   c. Addressed as follows:   BENIGNO YUZON JR, AND ALL OCCUPANTS, TENANTS OR
                              SUBTENANTS OF THE PROPERTY
                              25531 PRADO DE LAS BELLOTAS
                              CALABASAS, CA 91302

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Oct. 13, 2015 in the ordinary course of business.

5. Person Serving:
   a. AUDREY EVANS
   b. FIRST LEGAL SUPPORT SERVICES
      600 W. Santa Ana Boulevard
      Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $90.00
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:   3045
      (iii) County:             Orange
      (iv)  Expiration Date:    Wed, Jul. 05, 2017

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Oct. 14, 2015

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007            PROOF OF SERVICE            (AUDREY EVANS)
                                                  By Mail                     (6)1126:sm_lamicgh.740090

# EXHIBIT 2

00/00/0000 FIRST LEGAL NETWORK    714 541 8182

| Attorney or Party without Attorney:<br>THE LAW OFFICES OF MICHELLE GHIDOTTI<br>5120 EAST LAW PALMA AVENUE<br>SUITE 206<br>ANAHEIM HILLS, CA 92807<br><br>Telephone No: (949) 354-2601<br><br>Attorney for: | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. I, SARKIS ARABYAN, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BENIGNO YUZON JR, AND ALL OCCUPANTS, TENANTS OR SUBTENANTS OF THE PROPERTY as follows:

2. Documents: Notice to Quit CCP Section 1161a(b)(3).

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 10/08/15 | 7:20pm | Home | NO ANSWER AT DOOR. Attempt made by: SARKIS ARABYAN, Registration #2013187036 Los Angeles County. Attempt at: 25531 PRADO DE LAS BELLOTAS CALABASAS, CA 91302. |
| Fri | 10/09/15 | 10:40am | Home | Posted on: BENIGNO YUZON JR, AND ALL OCCUPANTS, TENANTS OR SUBTENANTS OF THE PROPERTY Home - 25531 PRADO DE LAS BELLOTAS CALABASAS, CA 91302 by Serving: party in item 3.a. by leaving a copy of the document(s) with: JOHN DOE, OCCUPANT (REFUSED TO GIVE HIS NAME) CAUCASIAN, MALE, 5'10", BROWN HAIR, BROWN EYES, 37 YEARS OLD, GLASSES. Served by: SARKIS ARABYAN |
| Tue | 10/13/15 | | | Mailed copy of Documents to: BENIGNO YUZON JR, AND ALL OCCUPANTS, TENANTS OR SUBTENANTS OF THE PROPERTY |

3. Person Executing
   a. SARKIS ARABYAN
   b. FIRST LEGAL SUPPORT SERVICES
      1517 BEVERLY BLVD.
      LOS ANGELES, CA 90026
   c. 213-250-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $90.00
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2013187036
   (iii) County: Los Angeles

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed. Oct. 14, 2015

AFFIDAVIT OF DUE DILIGENCE    (SARKIS ARABYAN)

160126;sm.louilegh.740090

# EXHIBIT 2